IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-629 |
| JOHN SUGGS<br>NICKOLAS PASSINEAU | : | |

## ORDER

And now, this  31st  day of       August, 2022      , upon consideration of the motion of the government, made pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, to dismiss Count Two of the Superseding Indictment in the above-captioned case without prejudice, to which the defendants do not object, it is hereby ORDERED that the motion is GRANTED.

Count Two of the Superseding Indictment in the above-captioned case is hereby DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

/s/Joel H. Slomsky,J.
**HONORABLE JOEL H. SLOMSKY**
*Senior Judge, United States District Court*